LAWRENCE M. LYONS et al., Appellants, v. GREENWICH SAVINGS BANK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 514 WEST END AVE. CORP. et al., Appellants, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [514 West End Ave., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

CELIA KURNICK, as Administratrix of the Estate of JACOB KURNICK, Deceased, and as a Stockholder of G & K Manufacturing Company, Inc., on Behalf of Herself and All Other Stockholders, Similarly Situated, Respondent, v. G & K MANUFACTURING COMPANY, INC., et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

PAUL S. VAN BAARN, Respondent, v. MARK SPERO, Doing Business as MARK SPERO OF LONDON, Appellant.— Interlocutory judgment unanimously reversed, with costs, and the motion in all respects denied on the ground that there are issues of fact to be tried. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

GLENN B. PRENTISS, Respondent-Appellant, v. MARTIN C. BRAND, Appellant-Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH RAKOFF, Appellant.— Judgment reversed, the information dismissed and the fine remitted on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Dore, J., dissents and votes to affirm.

EDWARD A. THOMPSON, INC., Appellant, v. PUBLIC FUEL SERVICE, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

CHARLES GOTTFRIED, Respondent, v. BENJAMIN GOTTFRIED et al., Appellants.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See post, p. 1014.]

BENJAMIN LAXER, Respondent, v. BERGEN & ZAAGER, INC., et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See post, p. 1014.]

LILLIAN FISCHER, Respondent, v. JOE SPRINGER, Appellant.— Judgment and order reversed, with costs, and the motion denied on the ground that there are issues of fact to be tried. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Glennon and Cohn, JJ., dissent and vote to affirm.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TWENTY-FIVE WEST THIRTY SEVENTH STREET CORPORATION, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, Respondents. [25 W. 37th St., Borough of Manhattan.] — Order so far as appealed from affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Dore, J., dissents in part and